UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                    11 Cr. 365 (CS)

       -against-

Javier Portillo-Magana,

                Defendant.

-----------------------------------------------------------x

Seibel, J.

## ORDER ACCEPTING PLEA ALLOCUTION

     The Court has reviewed the transcript of the plea allocution in the above entitled case, the

charging papers, and all other pertinent parts of the record. The Report and Recommendation of

the Honorable Paul E. Davison, United States Magistrate Judge, dated February 14, 2012 , is

approved and accepted.

     The Clerk of the Court is directed to enter the plea.


                                        SO ORDERED.

Dated: White Plains, New York
       March 1, 2012

                                        _____
                                        Cathy Seibel
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3 -1-12