UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

                                         11 Cr. 365 (CS)

Luis Estuardo Gutierrez-Vasquez,
              Defendant.

-----------------------------------------------------------x

Seibel, J.

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa M. Smith, United States Magistrate Judge, dated February 8, 2012, is approved and accepted.

The Clerk of the Court is directed to enter the plea.

                                        SO ORDERED.

Dated: White Plains, New York
         4/4/12

                                        _____
                                            Cathy Seibel
                                        United States District Judge