UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

        -against-                    11 Cr. 00365 (CS)

Jose Mario Solas Aguilar
                Defendant.

------------------------------------------------------------x

Seibel, J.

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Paul E. Davison, United States Magistrate Judge, dated February 16, 2012, is approved and accepted.

The Clerk of the Court is directed to enter the plea.

SO ORDERED.

Dated: White Plains, New York
       April 27, 2012

_____
Cathy Seibel
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/12